# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00811-CV

### In re Summer Benford

### M. M. G., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-AG-17-000013, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of M.M.G. The subject of this proceeding is Summer Benford, appellant's attorney.

Appellant filed his notice of appeal on December 5, 2018, and his brief was due January 7, 2019. On January 15, 2019, we ordered counsel to file appellant's brief no later than January 31, 2019. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that Summer Benford shall appear in person before this Court **on Wednesday, February 13, 2019, at 9:00 a.m.**, in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why she should not be held in contempt and have

sanctions imposed for her failure to obey our January 15, 2019 order. This order to show cause will be withdrawn and Benford will be relieved of her obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief **on or before February 11, 2019**.

It is ordered on February 4, 2019.


Before Chief Justice Rose, Justices Kelly and Smith